1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | JAMES DUFF LYALL et al., ) | Case No. CV09-07353 MAN |
| 11 | *Plaintiffs,* ) | Case No. CV10-6976 MAN |
| 12 | v. ) | |
| 13 | CITY OF LOS ANGELES, a public ) entity, et al., ) | **[~~PROPOSED~~] JUDGMENT AFTER TRIAL BY JURY** |
| 14 | ) | |
| 15 | *Defendants.* ) | Trial Date:   May 6, 2013 Time:          9:00am |
| 16 | ) | Ctrm:          580 (Roybal) |
| 17 | ELIZABETH LOPEZ et al., ) | |
| 18 | *Plaintiffs,* ) | |
| 19 | v. ) | |
| 20 | CITY OF LOS ANGELES, a public ) entity, et al., ) | |
| 21 | ) | |
| 22 | *Defendants.* ) | |

23

**TO THE HONORABLE COURT, TO PLAINTIFFS AND TO THEIR COUNSEL**

**OF RECORD THEREIN:**

On May 6, 2013, the foregoing matter was called for trial in Courtroom 580 of the United

States District Court, the Honorable Magistrate Judge Margaret A. Nagle presiding.  The

28

parties answered ready for Trial.  On May 6, 2013, a panel of jurors was called and sworn.

The case was tried to the jury and on May 10, 2013, the case was then submitted to the jury for deliberation.

On May 10, 2013, the jury returned a unanimous verdict as follows:

We, the jury, answer the questions submitted to us as follows:

**QUESTION NUMBER 1**

Do you find that plaintiffs proved by a preponderance of the evidence that any defendant police officer caused the unreasonable detention of any of the following plaintiffs?

Answer: Yes_____          No__X____

If you answered "yes" to Number 1, please place an "X" next to the name of each plaintiff below you find was unreasonably detained and below that individual's name, place an "X" next to the name of the officer or officers who caused the unreasonable detention.  If you answered "no" to Question Number 1, proceed to Question Number 2.

. . . .

**QUESTION NUMBER 2**

Do you find that plaintiff Joseph Holiday proved by a preponderance of the evidence that any defendant police officer caused him to be arrested without probable cause?

Answer: Yes_____      No__X____

If you answered "yes" to Number 2, please place an "X" next to the name of the officer or officers who caused plaintiff Joseph Holiday to be arrested without probable cause. If you answered "no" to Question Number 2, proceed to Question Number 3.

-2-

1    . . . .

2

3    **QUESTION NUMBER 3**

4    Do you find that plaintiffs proved by a preponderance of the evidence that any defendant

5    police officer caused any of the following plaintiffs to be unreasonably searched?

6         Answer: Yes_____      No___X___

7

8    If you answered "yes" to Number 3, please place an "X" next to the name of each plaintiff

9    below who you find was unreasonably searched and below that individual's name, and place

10   an "X" next to the name of the officer or officers who caused the unreasonable search.  If

11   you answered "no" to Question Number 3, proceed to Question Number 4.

12

13   . . . .

14

15   **QUESTION NUMBER 4**

16   Do you find that plaintiffs proved by a preponderance of the evidence that any defendant

17   police officer caused any plaintiff's First Amendment rights to be violated?

18        Answer: Yes_____      No___X___

19

20   If you answered "yes" to Number 4, please place an "X" next to the name of each plaintiff

21   below whose First Amendment right you find were [sic] violated and below that individual's

22   name, place an "X" next to the name of the officer or officers who caused the First

23   Amendment violation.  If you answered "no" to Question Number 4, proceed to Question

24   Number 5.

25

26   . . . .

27

28

**QUESTION NUMBER 5**

Did plaintiffs prove by a preponderance of the evidence that any defendant intentionally interfered with any plaintiff's civil rights by threats, intimidation, or coercion?

Answer: Yes_____         No___X_____

If you answered "yes" to Number 5, please place an "X" next to the name of each plaintiff below whose civil rights you find were interfered with by threats, intimidation, or coercion and place an "X" next to the name of the defendant(s) who intentionally interfered with his or her civil rights by threats, intimidation or coercion.

. . . .

Dated: 5-10-13_____                    _____/S/_____

FOREPERSON

**ORDER**

Therefore, **IT IS HEREBY ORDERED, DECREED AND ADJUDGED** that judgment on the merits be entered in favor of Defendants, **CITY OF LOS ANGELES, NICHOLAS CHO, JOHNNY CERVANTES, and DAVID ROSS** and against Plaintiffs **JAMES DUFF LYALL, JOSEPH HOLLIDAY, BENJAMIN WOOD, SASHA COSTAZA-CHOCK, MAGNOLIA BECERRA, ELIZABETH LOPEZ, AND JESSICA RODRIGUEZ** (Javier Cortez and D'Angelo Jones having been dismissed, with prejudice, prior to the commencement of trial upon agreement for both parties), that the Plaintiff take nothing; and that the Defendants, **CITY OF LOS ANGELES, NICHOLAS CHO, JOHNNY CERVANTES, and DAVID ROSS,** as the

prevailing parties, shall be entitled to recover their costs reasonably incurred in defense of this action per the cost bill in the amount of $_____.

(To be determined from the Bill of Costs.)

Dated: May 28, 2013

_____

MARGARET A. NAGLE

UNITED STATES MAGISTRATE JUDGE

-5-